Form 148 − ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

<div style="margin-left:auto">

Case No.:  25−20747−JKS
Chapter:  13
Judge:  John K. Sherwood

</div>

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

  Pirhiya Irene Save
  dba Irene Pirhiya Save, dba Pirhiya Irana
  Save
  22 Mountain Way
  West Orange, NJ 07052

Social Security No.:
  xxx−xx−0486

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/13/26.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: January 13, 2026
JAN: zlh

<div style="margin-left:auto">

Jeanne Naughton
Clerk

</div>

United States Bankruptcy Court

District of New Jersey

In re:                                                                                      Case No. 25-20747-JKS

Pirhiya Irene Save                                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 13, 2026 | Form ID: 148 | Total Noticed: 21 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Pirhiya Irene Save, 22 Mountain Way, West Orange, NJ 07052-3717 |
| cr | + | Deutsche Bank National Trust Company, as Trustee f, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976 UNITED STATES 18976-3403 |
| 520844288 | + | KML Law Group PC, 216 Hadden Avenue, Suite 406, Westmont, NJ 08108-2812 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 13 2026 20:52:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 13 2026 20:52:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: AISACG.COM | Jan 14 2026 01:40:00 | American Suzuki Financial Services Department, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520847288 | + | EDI: AISACG.COM | Jan 14 2026 01:40:00 | American Suzuki Financial Services, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520907784 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 13 2026 20:51:00 | Deutsche Bank National Trust Company, C/O Nationstar Mortgage LLC, Attn: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9096 |
| 520844287 | ^ | MEBN | Jan 13 2026 20:46:24 | KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 520844289 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 13 2026 20:51:00 | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 520844292 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 13 2026 20:51:00 | Mr. Cooper, Attn: Bankruptcy, PO Box 619098, Dallas, TX 75261-9098 |
| 520844290 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 13 2026 20:51:00 | Mr. Cooper, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 520844294 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 13 2026 20:51:00 | Mr. Cooper, PO Box 619094, Dallas, TX 75261-9094 |
| 520844293 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 13 2026 20:51:00 | Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 520844291 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 13 2026 20:51:00 | Mr. Cooper, PO Box 650783, Dallas, TX 75265-0783 |
| 520844299 | | Email/Text: nsm_bk_notices@mrcooper.com | Jan 13 2026 20:51:00 | Nationstar Mortgage Inc., 350 Highland Drive, Lewisville, TX 75067 |
| 520844297 | | Email/Text: nsm_bk_notices@mrcooper.com | | |

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 13, 2026 | Form ID: 148 | Total Noticed: 21 |

|  |  | Jan 13 2026 20:51:00 | Nationstar Mortgage, LLC, PO Box 299008, Lewisville, TX 75029 |
|---|---|---|---|
| 520844295 | + Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | Jan 13 2026 20:51:00 | Nationstar Mortgage, PO Box 650783, Dallas, TX 75265-0783 |
| 520844296 | + Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | Jan 13 2026 20:51:00 | Nationstar Mortgage Inc, PO Box 619097, Dallas, TX 75261-9097 |
| 520844298 | + Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | Jan 13 2026 20:51:00 | Nationstar Mortgage/Mr. Cooper, PO Box 650783, Dallas, TX 75265-0783 |
| 520908141 | + EDI: AIS.COM | | |
| | | Jan 14 2026 01:40:00 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 18

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2026                         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for HarborView Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2006-9 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Steven Eisenberg | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for HarborView Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2006-9 bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com |
| Steven P. Kelly | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for HarborView Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2006-9 skelly@sterneisenberg.com, bkecf@sterneisenberg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5